ABRAM B. SMART, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Stay continued to and including July 9, 1923, to enable defendant to apply to the Court of Appeals for leave to appeal. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

ELIZABETH STAUNTON, as Administratrix, etc., of PATRICK STAUNTON, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

ASTORIA VENEER MILLS AND DOCK COMPANY, Appellant, v. MARDEN, ORTH & HASTINGS COMPANY, INC., Respondent. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. Without determining the question of the validity of the contract, we are satisfied with the referee's conclusion that plaintiff prior to July 31, 1916, did not enter into binding obligations in Mexico for the purchase of logwood for delivery after said date. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCOIS C. BERUBE, Respondent, v. ALBERT E. CASTLE and Another, Appellants.— Interlocutory judgment as against the defendant Albert E. Castle affirmed, with costs. And as against the defendant Marietta Castle reversed upon the law and the facts, with costs, and judgment directed in favor of said defendant upon the merits, without costs, upon the ground that there was no evidence connecting said defendant Marietta Castle with the false representations found to have been made by said defendant Albert E. Castle. Findings numbered " Thirtieth," " Thirty-first," " Thirty-third " and " Thirty-fifth " are modified by changing the word " defendants " to read " defendant Albert E. Castle." Conclusions of law numbered " First," " Sixth," " Seventh " and " Ninth " are modified by changing the word " defendants " to read " defendant Albert E. Castle." Defendants' request to find the conclusion of law numbered " Eighth " is found. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ISABELLE R. R. BROUARD, Appellant, v. BROUARD REALTY COMPANY, INC., Respondent.— Order denying motion for judgment upon the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich and Young, JJ., concur; Jaycox and Kelby, JJ., dissent.

GEORGE J. CANNON, Respondent, v. JOHN J. KUHN, as Receiver of the RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment reversed on the law and the facts, and new trial granted, with costs to abide the event, upon the ground that the court erred in refusing to strike out the testimony relating to nocturnal emissions, and there being no evidence that the accident was a competent producing cause of such condition. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THOMAS CASTELLUCCI, by DONADO CASTELLUCCI, His Guardian ad Litem, Respondent, v. MINK BROTHERS COMPANY, Appellant.— Judgment reversed on the law and the facts, and new trial granted, costs to abide the event, on the ground that there was an entire failure of competent evidence tending to show that the accident was the producing cause of the mental deficiency complained of. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.